**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6425

HERBERT MCDOWELL,

Plaintiff - Appellant,

versus

G. JERNIGAN, Lieutenant; TONY SMITH, Sargeant;
NURSE DEESE; L. D. NELSON, Caseworker,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (CA-01-2065-3-22BC)

Submitted:  July 18, 2002              Decided:  July 24, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herbert McDowell, Appellant Pro Se.   Terry B. Millar, TERRY B.
MILLAR, L.L.C., Rock Hill, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herbert McDowell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McDowell v. Jernigan, No. CA-01-2065-3-22BC (D.S.C. Feb. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED